**JUDGE HELLERSTEIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 7172

-------------------------------------------------------------X
THE OHIO CASUALTY INSURANCE COMPANY :
:  Docket No.
:
              Plaintiff,                                :
:
    -against-                                           :  **RULE 7.1 STATEMENT**
:
:
NATIONAL FIRE AND MARINE                                :
INSURANCE COMPANY,                                      :
MERCHANTS INSURANCE GROUP,                              :
THE STATE INSURANCE FUND and                            :
FAMILY SERVICES SOCIETY OF YONKERS                      :
AS TEMPORARY GUARDIAN OF THE PROPERTY :
OF GEORGE MICHAEL PETRIE                                :
:
              Defendants.                               :
:
-------------------------------------------------------------X

RECEIVED AUG 1 2 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Plaintiff, The Ohio Casualty Insurance Company, by and through its attorneys, states that the parent company of The Ohio Casualty Insurance Company, the Ohio Casualty Corporation, is a wholly owned subsidiary of Liberty Mutual Holding Company, Inc.

DATED:  Garden City, New York
        August 11, 2008

                                            JILLIAN MENNA (JM 5708)
                                            L'ABBATE BALKAN COLAVITA
                                              & CONTINI, LLP
                                            Attorneys for Plaintiff
                                            The Ohio Casualty Insurance Company
                                            1001 Franklin Avenue
                                            Garden City, New York 11530
                                            (516) 294-8844
                                            File No. 05 1386 91552