UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

THE OHIO CASUALTY INSURANCE COMPANY,

                 Plaintiff,            Civil Action No.: 08 CV 7172

-against-

NATIONAL FIRE AND MARINE INSURANCE COMPANY,  **STIPULATION**
MERCHANTS INSURANCE GROUP, THE STATE  **EXTENDING TIME**
INSURANCE FUND and FAMILY SERVICES SOCIETY OF
YONKERS AS TEMPORARY GUARDIAN OF THE
PROPERTY OF GEORGE MICHAEL PETRIE,

                 Defendants.
-----------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED that the time for defendant MERCHANTS INSURANCE GROUP to respond to the Summons and Declaratory Judgment Complaint in the above-entitled action is extended up to and including September 22, 2008.

    IT IS HEREBY STIPULATED, AGREED AND CONSENTED TO THAT this stipulation may be executed in any number of counterparts, all of which counterparts, taken together, shall constitute one and the same instrument; and

    IT IS HEREBY STIPULATED, AGREED AND CONSENTED TO THAT facsimile signatures to this stipulation may be treated and deemed as original signatures.

DATED:    Woodbury, New York
            August 22, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/08

L'ABBATE BALKAN COLAVITA
& CONTINI, LLP

By: /s/ Jillian Menna
Jillian Menna, Esq. (JM-5708)
Attorneys for Plaintiff
1001 Franklin Avenue
Garden City, NY 11530
(516) 294-8844
(516) 294-8202 Facsimile

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

By: /s/ Dean L. Milber
Dean L. Milber, Esq. (DLM-7060)
Attorneys for Defendant
MERCHANTS INSURANCE GROUP
1000 Woodbury Road; Suite 402
Woodbury, New York 11797
(516) 712-4000
(516) 712-4013 Facsimile
File No.: 14-5680

SO ORDERED: 8/28/08

/s/
U.S.D.J.